**Daniel A. Cribbs, Esq., Bar No. 173799**
**David A Napper, Esq., Bar No. 271464**
**Teresa, Ortega-Smith, Esq., Bar No. 192262**
**SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.**
11900 WEST OLYMPIC BOULEVARD, SUITE 500
LOS ANGELES, CALIFORNIA 90064-0704
TEL:  (310) 207-7722 • FAX:  (310) 207-6550
dcribbs@smsm.com; tortega@smsm.com
LAService@smsm.com

**Daniel Dorfman, Esq., Bar No. 6286059**
**Edward Keidan, Esq., Bar No. 6229552**
**FOX SWIBEL LEVIN & CARROLL LLP**
200 W. MADISON STREET, SUITE 3000
CHICAGO, ILLINOIS 60606
TEL: 312-224-1200 • FAX: 312-224-1201
ddorfman@foxswibel.com; ekeidan@foxswibel.com

Attorneys for Defendant, AMERICAN WIRE GROUP, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENDIN ELECTRIC, INC., a California corporation, <br><br> Defendant, <br><br> v. <br><br> AMERICAN WIRE GROUP, LLC, a Florida Limited Liability Company; POLYCAB INDIA, LTD., a Public Limited Company; and DOES 1-25, inclusive, | Case No.: 2:25-CV-03357-TLN-CKD <br><br> **DEFENDANT AMERICAN WIRE GROUP, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

COMES NOW, Defendant, AMERICAN WIRE GROUP, LLC, by its counsel, Daniel A. Cribbs and Teresa L. Ortega-Smith of Segal McCambridge Singer Mahoney, Ltd., and for this unopposed Motion for Extension of Time to File a Responsive Pleading to Plaintiffs' Complaint Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, say:

1
DEFENDANT AMERICAN WIRE GROUP, INC.'S MOTION FOR EXTENSION OF TIME

SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
11900 WEST OLYMPIC BOULEVARD, SUITE 500
LOS ANGELES, CALIFORNIA 90064
TELEPHONE (310) 207-7722 | FAX (310) 207-6550
LASERVICE@SMSM.COM

1. That Plaintiff, ROSENDIN ELECTRIC, INC., filed it's Complaint commencing the instant action on or about November 18, 2025, naming, among others, AMERICAN WIRE GROUP, INC. as a Defendant therein.

2. That on or about November 21, 2025, Defendant AMERICAN WIRE GROUP, INC., was served with Plaintiff's Complaint, making its responsive pleading due on December 12, 2025.

3. That on December 10, 2025, counsel for Defendant contacted Plaintiff's counsel to advise of a delay in the delivery of the Complaint to counsel, resulting in insufficient time to file a responsive pleading to the Complaint.

4. Pursuant to those discussions, Plaintiff's counsel does not oppose this Court granting a thirty (30) day extension of time, up to and including, January 12, 2026, for Defendant AMERICAN WIRE GROUP, INC. to file its response to the Complaint.

5. Defendant POLYCAB INDIA, LTD. has not yet been served.

6. Federal Rule of Civil Procedure 6 provides that the Court may, for good cause, extend the time.

WHEREFORE, Defendant AMERICAN WIRE GROUP, INC. prays that

///

///

///

///

///

///

///

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
11900 WEST OLYMPIC BOULEVARD, SUITE 500
LOS ANGELES, CALIFORNIA 90064
TELEPHONE (310) 207-7722 | FAX (310) 207-6550
LASERVICE@SMSM.COM

2
DEFENDANT AMERICAN WIRE GROUP, INC.'S MOTION FOR EXTENSION OF TIME

this Court enter an Order granting the Defendant AMERICAN WIRE GROUP, INC. an additional thirty (30) days or up to and including January 12, 2026, to file a response to the Plaintiffs' Complaint.

Respectfully submitted,

DATED: December 11, 2025   **SEGAL MCCAMBRIDGE**
**SINGER & MAHONEY, LTD.**

By: _____
/s/ David A Napper

**DANIEL A. CRIBBS**
**DAVID A NAPPER**
**TERESA L. ORTEGA-SMITH**
Attorneys for Defendant, AMERICAN WIRE GROUP, LLC

SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
11900 WEST OLYMPIC BOULEVARD, SUITE 500
LOS ANGELES, CALIFORNIA 90064
TELEPHONE (310) 207-7722 | FAX (310) 207-6550
LASERVICE@SMSM.COM

DEFENDANT AMERICAN WIRE GROUP, INC.'S MOTION FOR EXTENSION OF TIME

**SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.**
11900 WEST OLYMPIC BOULEVARD, SUITE 500
LOS ANGELES, CALIFORNIA 90064
TELEPHONE (310) 207-7722 | FAX (310) 207-6550
LASERVICE@SMSM.COM

## PROOF OF SERVICE

### STATE OF CALIFORNIA,

### COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11900 West Olympic Blvd., Suite 500, Los Angeles, CA 90064.

On December 11, 2025, I served the foregoing document described as **DEFENDANT AMERICAN WIRE GROUP, INC.'S MOTION FOR EXTENSION OF TIME** on the parties in this action by placing a true copy(ies) or the original(s) thereof enclosed in a sealed envelope(s) addressed as follows:

### SEE ATTACHED SERVICE LIST

☐ For Collection. By placing a true copy (copies) thereof enclosed in a sealed envelope(s), addressed as above, and by placing said sealed envelope(s) for collection and mailing on that date following ordinary business practices. I am "readily familiar" with the business' practice for collection and processing of correspondence for mailing the U.S. Postal Service. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.; and,

☒ Eservice. By transmitting a copy of the foregoing document(s) via internet/electronic mail to a Court Approved e-filing/e-service portal PACER – CM/ECF for service on all parties in this case via their email addresses pursuant to the General Court Order authorizing e-service of documents.

☐ Eservice. By transmitting a copy of the foregoing document(s) via internet/electronic mail from my email address smosh@smsm.com for service on all parties in this case via their email addresses pursuant to California *Code of Civil Procedure* §1010.6(e).

☒ State. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 11, 2025 at Los Angeles, California.

_____
SHANIE MOSH

DEFENDANT AMERICAN WIRE GROUP, INC.'S MOTION FOR EXTENSION OF TIME

SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
11900 WEST OLYMPIC BOULEVARD, SUITE 500
LOS ANGELES, CALIFORNIA 90064
TELEPHONE (310) 207-7722 | FAX (310) 207-6550
LASERVICE@SMSM.COM

## SERVICE LIST

| | |
|---|---|
| William T. Eliopoulos (State Bar No. 100633)<br>weliopoulos@rutan.com<br>RUTAN & TUCKER, LLP<br>Five Palo Alto Square<br>3000 El Camino Real, Suite 200<br>Palo Alto, CA 94306-9814<br>Telephone: 650-320-1500<br>Facsimile: 650-320-9905<br><br>Mary Christine Brady (State Bar No. 325476)<br>mbrady@rutan.com<br>RUTAN & TUCKER, LLP<br>18575 Jamboree Road, 9th Floor<br>Irvine, California 92612<br>Telephone: 714-641-5100<br>Facsimile: 714-546-9035 | **Attorneys for Plaintiff**<br>**ROSENDIN ELECTRIC, INC.** |
| Daniel Dorfman, Esq., Bar No. 6286059<br>Edward Keidan, Esq., Bar No. 6229552<br>FOX SWIBEL LEVIN & CARROLL LLP<br>200 W. MADISON STREET, SUITE 3000<br>CHICAGO, ILLINOIS 60606<br>TEL: 312-224-1200 • FAX: 312-224-1201<br>ddorfman@foxswibel.com<br>ekeidan@foxswibel.com | **Attorneys for Defendant,**<br>**AMERICAN WIRE GROUP, INC.** |

DEFENDANT AMERICAN WIRE GROUP, INC.'S MOTION FOR EXTENSION OF TIME