William T. Eliopoulos (State Bar No. 100633)
weliopoulos@rutan.com
RUTAN & TUCKER, LLP
Five Palo Alto Square
3000 El Camino Real, Suite 200
Palo Alto, CA 94306-9814
Telephone: 650-320-1500
Facsimile: 650-320-9905

Mary Christine Brady (State Bar No. 325476)
mbrady@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff
ROSENDIN ELECTRIC, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENDIN ELECTRIC, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN WIRE GROUP, LLC, a Florida Limited Liability Company; POLYCAB INDIA, LTD., a Public Limited Company; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:25-cv-03357-TLN-CKD<br>Assigned to: Troy L. Nunley<br><br>**PLAINTIFF ROSENDIN ELECTRIC, INC.'S STATEMENT REGARDING SERVICE ON DEFENDANT POLYCAB INDIA, LTD.** |

Plaintiff Rosendin Electric, Inc. ("Plaintiff" or "ROSENDIN") respectfully submits this Statement regarding Service on Defendant POLYCAB INDIA, LTD., a Public Limited Company ("POLYCAB").

On November 18, 2025, Plaintiff initiated this action against Defendants

Rutan & Tucker, LLP
attorneys at law

PLAINTIFF ROSENDIN ELECTRIC, INC.'S
STATEMENT REGARDING SERVICE ON
DEFENDANT POLYCAB INDIA. LTD.

American Wire Group, LLC ("AWG" or "Defendant"), and Polycab India, LTD. ("POLYCAB" or "Defendant"). Plaintiff effectuated service on AWG through its agent for service of process on or about November 21, 2025. POLYCAB is a Public Limited Company created in India and with its principal place of business in India, and was doing business in the State of California (Complaint, ¶5.) POLYCAB is not registered to do business in California or elsewhere in the United States. Because POLYCAB is a resident of India, which is a signatory to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters, Nov. 15, 1965 (the "Hague Convention"), Federal Rule of Civil Procedure 4(f) requires that Plaintiff serve Defendant "by any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents." Fed. R. Civ. P. 4(f)(1).

The Hague Convention requires signatory countries to establish a Central Authority to receive requests for service of documents from other countries and to serve those documents by methods compatible with the internal laws of the receiving state. *See Volkswagenwerk Aktiengesellschaft v. Schlunk*, 486 U.S. 694, 698-99 (1988). Under this method, process is first sent to the Central Authority of the foreign jurisdiction in which process is to be served. Hague Convention, [1969] 20 U.S.T. 361, T.I.A.S. No. 6638, 1969 WL 97765, Art. 3. The Central Authority must then arrange to have process served on the defendants. *Id.*, Art. 5. Upon completion of service, the Central Authority must complete a Certificate detailing how, where, and when service was made, or explaining why service did not occur. *Id.*, Art. 6. Finally, the completed Certificate is returned to the applicant. *Id.*[1]

---

[1] Per Article 15 of the Hague Convention, the Court may hold that service is complete even if the Central Authority has not returned a certificate under Article 6, if the following three conditions are satisfied: (1) "the document was transmitted by one of the methods provided for in this Convention," (2) "a period of time of not less than six months, considered adequate by the judge in the particular case, has elapsed since the date of the transmission of the document," and (3) "no certificate of any kind has been received, even though every reasonable effort has been made

Article 10 of the Hague Convention also permits other forms of service, such as service "by postal channels" or through judicial officers, provided that the state of destination does not object. *See* Hague Convention, [1969] 20 U.S.T. 361, T.I.A.S. No. 6638, 1969 WL 97765, Art. 10. In becoming a signatory, however, India prohibited service through channels such as mail and private process servers, thus requiring foreign plaintiffs to effect service through the Central Authority of India. *See Tuckerbrook Alt. Invs., LP v. Banerjee*, 754 F. Supp. 2d 177, 181–82 (D. Mass. 2010) ("Pursuant to Article 21 of the treaty, India maintains reservations to the Hague Service Convention, including opposition to the methods of service provided in Article 10. [Citation.] Because India opposes the methods of service proscribed in Article 10, certified mail was not a sufficient method of service in this case."); *Merial Ltd. v. Cipla Ltd.*, 681 F.3d 1283, 1295–96 (Fed. Cir. 2012) ("India prohibited service through channels including mail and private process servers and instead required foreign plaintiffs to effect service through the Central Authority of India."); *Venice PI, LLC v. Galbatross Technologies, LLP*, NO. 18-00192 LEK-RT, 2019 WL 7373024, at *3 (D. Haw. 2019) (same); *Shinde v. Nithyananda Foundation*, No. EDCV 13-00363-JGB (SPx), 2014 WL 12597121, at *3 (C.D. Cal. Aug. 25, 2014) (same); *Richmond Tech., Inc. v. Aumtech Business Solutions*, No. 11–CV–02460–LHK, 2011 WL 2607158, at *11 (N.D. Cal. 2011) (same).

After discussions with Polycab's U.S.-based outside counsel concerning Polycab possibly agreeing to accept service of process via email or mail in this action, on February 10, 2026, in accordance with the requirements of the Hague Convention, Plaintiff sent via UPS Express the following documents to India's Central Authority: (1) two sets of the documents to be served (i.e., the Complaint with exhibits, civil cover sheet, and summons), and (2) the form document entitled "Request for Service Abroad of Judicial or Extrajudicial Documents." The latter document is attached

---

to obtain it through the competent authorities of the State addressed." Hague Convention, [1969] 20 U.S.T. 361, T.I.A.S. No. 6638, 1969 WL 97765, Art. 15.

hereto as **Exhibit 1**, and the shipping label is attached hereto as **Exhibit 2**. For avoidance of doubt, Plaintiff also sent those same documents to India's Central Authority via email, as shown by **Exhibit 3**. Plaintiff obtained the email addresses to which it sent that email via the Hague Conference on Private International Law website, specifically its page on India's Central Authority, which is accessible here: https://www.hcch.net/en/states/authorities/details3/?aid=712. Although Plaintiff received no response to that email, on February 10, 2026, its service materials were received by India's Central Authority, as shown by **Exhibit 4**. The confirmation indicates the documents were received in the Mailroom.

Unless Polycab agrees to accept service of process via email or mail in this action, Plaintiff must wait for India's Central Authority to effectuate service of process. Plaintiff will file with the Court any Certificate issued by India's Central Authority, as soon as that Certificate is received. If no Certificate is received within six months from the date of service, then Plaintiff will request that the Court deem service completed pursuant to Article 15 of the Hague Convention.

Dated: February 17, 2026

RUTAN & TUCKER, LLP
WILLIAM T. ELIOPOULOS
MARY CHRISTINE BRADY

By: _____
William T. Eliopoulos
Attorneys for Plaintiff
ROSENDIN ELECTRIC, INC.

## **DECLARATION OF WILLIAM T. ELIOPOULOS**

I, William T. Eliopoulos, declare as follows:

1.      I am a partner at the law firm of Rutan & Tucker, LLP, counsel of record for Plaintiff Rosendin Electric, Inc. ("Plaintiff").  I am a member in good standing of the State Bar of California.  I make this Declaration in support of Plaintiff's Statement Regarding Service on Defendant Polycab India, LTD. ("POLYCAB").

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the document entitled "Request for Service Abroad of Judicial or Extrajudicial Documents," which my firm submitted to India's Central Authority along with the other standard service documents.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the shipping label for the service materials sent to India's Central Authority.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the email my firm sent to India's Central Authority, with the service materials attached.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the delivery notification my firm received, showing that our service materials were received by India's Central Authority on February 16, 2026.

6.      I have been in discussions with POLYCAB's US counsel regarding POLYCAB possibly agreeing to accept service of the complaint and summons and those talks continue.

7.      In the meantime, Plaintiff has served the required Request for Service of Summons and Complaint on the Central Authority of India for service on

//

//

//

//

//

POLYCAB in India pursuant to the Hague Convention but said service is likely to take at least six months.

Executed on February 17, 2026, at Palo Alto, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
William T. Eliopoulos

EXHIBIT "1"

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in
Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en
matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| **Identity and address of the applicant** | **Address of receiving authority** |
|---|---|
| Identité et adresse du requérant | Adresse de l'autorité destinataire |
| William T. Eliopoulos (State Bar No. 100633) weliopoulos@rutan.com RUTAN & TUCKER, LLP Five Palo Alto Square 3000 El Camino Real, Suite 200 Palo Alto, CA 94306-9814 Telephone:  650-320-1500 | Central Authority The Ministry of Law and Justice Department of Legal Affairs Room No. 439-A, 4th Floor A-Wing Shastri Bhavan, New Delhi-110001, India |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**
Le requérant soussigné a l'honneur de faire parvenir  – en double exemplaire – à l'autorité destinataire les  documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)
POLYCAB INDIA, LTD. a Public Limited Company
CIN: L31300GJ1996PLC114183
Unit 4, Plot No.105, Halol Vadodara Road, Village Nurpura
Taluka Halol, Panchmahal, Gujarat – 389350

| | | |
|---|---|---|
| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\*** selon les formes légales (article 5, alinéa premier, lettre a)\* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*:** selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\*** le cas échéant, par remise simple (article 5, alinéa 2)\* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* - avec l'attestation ci-jointe.

*List of documents* / *Énumération des pièces*

SUMMARY OF DOCUMENTS TO BE SERVED :
SUMMONS IN A CIVIL CASE;
COMPLAINT WITH EXHIBITS ;
CORPORATE DISCLOSURE STATEMENT ;
CIVIL COVER SHEET;
INITIAL PRETRIAL SCHEDULING ORDER; MAGISTRATE JUDGE CONSENT IN CIVIL CASES; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION

\*  if appropriate / s'il y a lieu

| **Done at** / Fait à | **Signature and/or stamp** |
|---|---|
| PALO ALTO, CALIFORNIA **The /** le  DECEMBER 8, 2025 | Signature et / ou cachet *(signature)* William T. Eliopoulos |

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served***
que la demande a été exécutée*

| – **the (date)** / le (date): | _____ |
|---|---|
| – **at (place, street, number):** à (localité, rue, numéro) : | _____ |

| – **in one of the following methods authorised by Article 5:** dans une des formes suivantes prévues à l'article 5 : | |
|---|---|
| ☐ | a) **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*** selon les formes légales (article 5, alinéa premier, lettre a)* |
| ☐ | b) **in accordance with the following particular method*:** selon la forme particulière suivante* : _____ |
| ☐ | c) **by delivery to the addressee, if he accepts it voluntarily*** par remise simple* |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:** Identité et qualité de la personne : | _____ |
|---|---|
| **Relationship to the addressee (family, business or other):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | _____ |

☐ **2. that the document has not been served, by reason of the following facts*:**
que la demande n'a pas été exécutée, en raison des faits suivants*:

| _____ |
|---|

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

### Annexes / Annexes

| **Documents returned:** Pièces renvoyées : | _____ |
|---|---|
| **In appropriate cases, documents establishing the service:** Le cas échéant, les documents justificatifs de l'exécution : | _____ |

\* if appropriate / s'il y a lieu

| **Done at** / Fait à _____ , **The** / le _____ | **Signature and/or stamp** Signature et / ou cachet |
|---|---|

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire
POLYCAB INDIA, LTD. a Public Limited Company
CIN: L31300GJ1996PLC114183
Unit 4, Plot No.105, Halol Vadodara Road, Village Nurpura
Taluka Halol, Panchmahal, Gujarat – 389350

**IMPORTANT**

**THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.**

**IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.**

**ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:**

TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Legal Services of Northern California
515 12th Street
Sacramento, CA 95814
(961) 551-2150

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965
*(article 5, alinéa 4).*

| | |
|---|---|
| **Name and address of the requesting authority:** <br> Nom et adresse de l'autorité requérante : | William T. Eliopoulos (State Bar No. 100633) <br> weliopoulos@rutan.com <br> RUTAN & TUCKER, LLP <br> Five Palo Alto Square <br> 3000 El Camino Real, Suite 200 <br> Palo Alto, CA 94306-9814 <br> Telephone:  650-320-1500 |
| **Particulars of the parties\*:** <br> Identité des parties\* : | ROSENDIN ELECTRIC, INC. v. AMERICAN WIRE GROUP, LLC ; POLYCAB INDIA, LTD. a Public Limited Company |

\*  If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ ☒ **JUDICIAL DOCUMENT\*\***
   ACTE JUDICIAIRE**

| | |
|---|---|
| **Nature and purpose of the document:** <br> Nature et objet de l'acte : | The document is a complaint against Defendant. Defendant must respond to the Complaint within 21 days of service of process. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:** <br> Nature et objet de l'instance, le cas échéant, le montant du litige : | The complaint alleges that Polycab supplied defective DC Feeder cables for installation and use in the Rancho Seco 2 Solar Power Project located in Herald, California, understanding the requirements and required use for said cables and that plaintiff Rosendin Electric, Inc. as EPC Contractor would suffer damages if the cable was defective and otherwise not fit for its intended use.  Polycab supplied the cable to American Wire Group via purchase order for use on the subject project.  As a result of the defective cable, Rosendin has incurred damages in excess of $19 million, which it now seeks against Polycab and American Wire Group, jointly and severally. |
| **Date and Place for entering appearance\*\*:** <br> Date et lieu de la comparution** : | United States District Court- Eastern District of CA 501 I Street, Suite 4-200, Sacramento ,CA 95814 Defendant must respond to the Complaint within 21 days of service of process |
| **Court which has given judgment\*\*:** <br> Juridiction qui a rendu la décision** : | N/A |
| **Date of judgment\*\*:** <br> Date de la décision** : | N/A |
| **Time limits stated in the document\*\*:** <br> Indication des délais figurant dans l'acte** : | Defendant must respond to the Complaint within 21 days of service of process |

** if appropriate / s'il y a lieu

☐  **EXTRA JUDICIAL DOCUMENT\*\***
   ACTE EXTRAJUDICIAIRE**

**Nature and purpose of the document:**
Nature et objet de l'acte :

**Time-limits stated in the document\*\*:**
Indication des délais figurant dans l'acte** :

** if appropriate / s'il y a lieu

EXHIBIT "2"

DIANE GHANI
7146415100
RUTAN & TUCKER LLP
18575 JAMBOREE ROAD
IRVINE CA 92612
UNITED STATES

1 LBS PAK        1 OF 1
SHP#: 9872 70ST 849
SHP WT: 1 LBS
DATE: 10 FEB 2026

SHIP TO:
SHASTRI BHAVAN
7146415100
THE MINISTRY OF LAW AND JUSTICE
ROOM NO. 439-A, 4TH FLOOR A-WING
NEW DEHLI IN 110001
INDIA

IND 538 7-00

UPS SAVER                        1P
TRACKING #: 1Z 987 270 04 9036 1228

KEY

BILLING: P/P
DESC: Legal Docs

Reference No.1: 022879.0178-2889

XOL 26.02.05        NV45 7.0A 02/2026*

Shipper agrees to the UPS Terms found at www.ups.com and UPS service centers. For international air carriage, the Warsaw Convention as amended or Montreal Convention may apply and limits UPS's liability for loss or damage to cargo. International carriage by road may be subject to the Convention on the Contract for the International Carriage of Goods By Road. Except as otherwise governed by international conventions or other mandatory law, the UPS Terms limit UPS's liability for damage, loss or delay of this shipment. There are no stopping places agreed upon at the time of tender of the shipment and UPS reserves the right to route the shipment in any way it deems appropriate. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.



---

**FOLD** on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains information useful for tracking your package.





*package id*
0116377

*ship date*
Tue, Feb 10 2026

*to*
SHASTRI   BHAVAN
THE MINISTRY OF LAW
   AND JUSTICE
ROOM NO. 439-A, 4TH
   FLOOR A-WING
NEW DEHLI, IN   110001
India
7146415100

*residential address*
No

*return label*
No

*notification type*
Delivery

*notification recipients*
dghani@rutan.com
weliopoulos@rutan.com
schahal@rutan.com

*from*
Diane  Ghani  (2889)
Rutan & Tucker LLP
18575 Jamboree Road
9th Floor
Irvine, CA   92612
US

*billing*
client id: 022879-matter id :
   0178
(022879-0178)

*operator*
Diane   Ghani
7146415100
dghani@rutan.com

*create time*
02/10/26, 2:03PM

*vendor*
UPS

*tracking number*
1Z9872700490361228

*service*
UPS Express Saver

*packaging*
UPS Pak

*dimensions*
1.0  LBS

*contents*
Documents
Legal Docs

*courtesy quote*
100.84 USD

*Quote may not reflect all
accessorial charges, and may not
reflect your account based
discounts*

# Commercial Invoice

| date of export | export reference |
|---|---|
| 02/10/26 | |
| **AES ITN** | **FTR Exemption Code** |
| **shipper/exporter** | **consignee** |
| Diane Ghani (2889)<br>Rutan & Tucker LLP<br>18575 Jamboree Road<br>9th Floor<br>Irvine , CA 92612 United States<br>EORI Number: | SHASTRI BHAVAN<br>THE MINISTRY OF LAW AND JUSTICE<br>ROOM NO. 439-A, 4TH FLOOR A-WING<br>NEW DEHLI , IN 110001 India<br>7146415100<br>EORI Number: |
| **country of export** | **buyer other than consignee** |
| United States | |
| **country of ultimate destination** | |
| **exporting vendor** | |
| UPS | |
| **waybill** | **currency of sale** |
| 1Z9872700490361228 | USD |
| **Parties to Transaction** | **Duties and Taxes Payable by** |
| Non-Related | Exporter |

| marks and numbers | number of packages | total gross weight | cubic volume |
|---|---|---|---|
| | 1 | 1.0 | |

| description (country of manufacture) | HS code | quantity | unit price | total amount |
|---|---|---|---|---|
| Documents -- Legal Docs | | | 0 USD | |

I declare that all the information contained in this invoice is true and correct.

Signed _~~Diane Ghani~~_

Date _02/10/26_

| | |
|---|---|
| Items total | 0.00 |
| Packing costs | |
| Freight costs | 100.84 |
| Transportation costs | |
| Handling | |
| Insurance costs | |
| Assists | |
| Additional Fees | |
| Duties and taxes | |
| Total invoice total | |

EXHIBIT "3"

**Ghani, Diane**

| | |
|---|---|
| **From:** | Ghani, Diane |
| **Sent:** | Tuesday, February 10, 2026 2:16 PM |
| **To:** | 'judicial-dla@nic.in'; 'sureshchandra@nic.in'; 'rksirvastava.dla@nic.in'; avnit.singh@gov.in; mljoffice@gov.in |
| **Cc:** | Eliopoulos, William; Brady, Mary; Chahal, Savi |
| **Subject:** | Rosendin Electric, Inc. v. American Wire Group, LLC et al - USDC Eastern District of CA Case No. 2:25−CV−03357−TLN−CKD - Request for Service Abroad on Defendant POLYCAB INDIA, LTD. a Public Limited Company |
| **Attachments:** | 2025-12-08 - USM-94 - Request for Service Abroad (Polycab).pdf; Hague - Polycab Service Docs.zip; 2026-02-10 - UPS Label (Ministry of Law and Justice India).pdf |

To Whom It May Concern:

Attached please find the following documents listed below which have been filed with the United States Federal Court and need to be served on the Defendant with respect to the above referenced matter.  The Defendant's address is listed below and on the attached Request Form.   A hard copy of the attached documents is also being sent to you via UPS (label and tracking information attached for your reference).  Should you have any questions, please contact Mr. Eliopoulos directly.  Thank you for your assistance.

**DEFENDANT:**
POLYCAB INDIA, LTD. a Public Limited Company
CIN: L31300GJ1996PLC114183
Unit 4, Plot No.105, Halol Vadodara Road, Village Nurpura
Taluka Halol, Panchmahal, Gujarat – 389350

**DOCUMENTS ATTACHED FOR SERVICE:**
1.  Request for Service Abroad (Form USM-94);
2.  Summons Issued (Dkt 1);
3.  Complaint with Exhibits (Dkt 2);
4.  Corporate Disclosure Statement (Dkt 3);
5.  Civil Cover Sheet (Dkt 4):
6.  Initial Pretrial Scheduling Order (Dkt 5);
7. Magistrate Judge Consent (Dkt 6);
8. Notice of Availability Voluntary Dispute Resolution (Dkt 7);

**Diane Ghani**
Legal Secretary
18575 Jamboree Road, 9th Floor | Irvine, CA 92612
O. (714) 641-5100 | D. (714) 641-5100 ext 1522 | M. (858) 336-2996
DGhani@rutan.com | www.rutan.com



_____

Privileged And Confidential Communication.

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

EXHIBIT "4"

| | |
|---|---|
| **From:** | UPS <pkginfo@ups.com> |
| **Sent:** | Sunday, February 15, 2026 10:47 PM |
| **To:** | Ghani, Diane |
| **Subject:** | UPS Delivery Notification, Tracking Number 1Z9872700490361228 |



## Hello, your parcel has been delivered.

**Delivery Date:**   Monday, 16/02/2026
**Delivery Time:**   12:12 PM
**Left At:**   MAIL ROOM
**Signed by:**   stamp



| | | |
|---|---|---|
| **Track Package Status** | **Manage Preferences** | **View Delivery Planner** |

### RUTAN AND TUCKER

| | |
|---|---|
| **Tracking Number:** | 1Z9872700490361228 |
| **Ship To:** | THE MINISTRY OF LAW AND JUSTICE<br>ROOM NO. 439-A, 4TH FLOOR A-WING<br>NEW DEHLI, IN 110001<br>IN |
| **Number of parcels:** | 1 |
| **UPS Service:** | UPS Worldwide Saver® |
| **Parcel Weight:** | 1.0 LBS |
| **Reference Number:** | 022879.0178-2889 |

1

2

© 2026 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the colour brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

**Review the UPS Privacy Notice**

**For Questions, Visit Our Help and Support Centre**