AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| ROSENDIN ELECTRIC, INC., | ) |
| *Plaintiff* | ) |
| AMERICAN WIRE GROUP, LLC,<sup>v.</sup> | ) |
| POLYCAB INDIA, LTD., and DOES 1-25, inclusive, | ) |
| *Defendant* | ) |

Case No.    2:25-cv-03357-TLN-CKD

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AMERICAN WIRE GROUP, LLC
.

Date:    April 29, 2026

*Attorney's signature*

Edward B. Keidan, 6229552

*Printed name and bar number*

Fox Swibel Levin and Carroll LLP
200 W Madison Street, Suite 3000
Chicago, Illinois 60606

*Address*

ekeidan@foxswibel.com

*E-mail address*

312-224-1200

*Telephone number*

312-224-1201

*FAX number*